# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

NOV 2 8 2018

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Annette Denise Perez,<br><br>Defendant. | Case No. 18-cr-00142-LAB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the Information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 11/28/2019

Hon. Jill L. Burkhardt
United States Magistrate Judge